# COMPLAINT

(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 JUN 16 A 11: 01
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Leon Lion I, Eugene White, Jr. RASTAFARI

v.

(Full name of defendant(s))

Officer Clemons

Case Number: **26-C 1076**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_ and resides at
(State)

_7000 W. Brentwood Ave, Milwaukee, WI 53223_
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Officer Clemons_
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _Wisconsin_

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Milwaukee Area Technical College, 700 W. State St, Milwaukee, WI_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

On the night of May 29, 2026, I, Leon Lion II Eugene White, Jr. Jerry Barnett RASTAFARI, Moorish American Moslems' Natural Rights, and Human Rights were once again violated for the 3rd (third) time by Milwaukee Area Technical (Technical) College Public Safety Security guard by the name of officer Clemons at the MATC building on 9th and State again on the 7th level, inside of the building on the 7th stair level, as I was sitting down on the ground, this officer Clemons opened the door swiftly, grabbed my Islamic Crate, with my Islamic Materials (Holy Quran, and my Holy Native American

Complaint – 2

Islamic Flag, and threw it outside on to the ground, then kept ordering (commanding) me to get up and get out of the building, (threatning to use physical force), and actually used physical force by touching all upon my person without my consent. This officer Clemons and other officers took my Holy Islamic Crate, and he (officer Clemons) told the other officers to take my crate down and put it outside since I wouldn't get up, and move and get out, so I refused because once again he "commanded" me to do something that's totally against my will and religion when he has no authority to command me to do without my consent when he continues to invade my (Personal Islamic Territory) that I'm abiding in when I'm on my post throughout the land. After I gathered the rest of my belongings to proceed to exit the building to try to retrieve my other Islamic Belongings, this officer Clemons kept disrespecting me, and commanding me to leave like he was my **drill** Sgt., he pushed me down almost a half flight of stairs, where my right leg and right foot twisted and I just remained there, and (I) called for 911 (medical Attention) and for a squad of Peace Officer(s) who would

Complaint – 3

## Amended Complaint - 4

assist me on this matter, after the process was addressed with the ambulance coming to transport me to the hospital, they (the ambulance) aided me and assisted me to retrieve my personal belongings, that were took and set outside-(fortunately) all my belongings were there; this was in violation of once again of my Natural and Human Rights, in accordance with Article 7, (1-2); Article 8 (1,2), Article 9; Article 10; Article 11 (1,2); and Article 12 (1,2), of The General Assembly of The United Nations Declaration on the Rights of Indigenous Peoples Charter.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like once again for the court(s) to properly deal with officer Clemons any way that the court(s) sees fit on this on going matter with this Public Safety guard violating my Natural and Human Rights.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___16___ day of ___June___ 20_26_.

Respectfully Submitted,

*Leon White*
Signature of Plaintiff

*414-408-4581*
Plaintiff's Telephone Number

*None*
Plaintiff's Email Address

*7000 W. Brentwood Ave, Milwaukee, WI 53223*

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5